# EXHIBIT  A

https://www.brooklynalp.com/faqs

*It is difficult for me to get to Boulevard Alp. Do i have to appear in person for the pre-screen interview?*

*Do I still need all the supporting documents even if im coming into Boulevard Alp as a self pay resident?*

*Can Boulevard Alp accept a resident with dementia?*

*I am confined to a wheel chair, can i still reside at Boulevard Alp?"*

Unfortunately, Boulevard ALP is unable to accept residents who are chronically in a wheelchair and chronically require the assistance of another person to transfer or ambulate.

*When can I move furniture to Boulevard Alp?*

*Can a person with incontinence live at Boulevard Alp?*

*What sort of supervision is provided at Boulevard Alp?*

Contact us

https://www.boulevardalp.com/faq-s

DO I STILL NEED ALL THE SUPPORTING DOCUMENTS EVEN IF I'M COMING INTO BOULEVARD ALP AS A SELF-PAY RESIDENT?

CAN BOULEVARD ALP ACCEPT A RESIDENT WITH DEMENTIA?

I AM CONFINED TO A WHEELCHAIR. CAN I STILL LIVE AT BOULEVARD ALP?

Unfortunately, Boulevard ALP is unable to accept residents who are chronically in a wheelchair and chronically require the assistance of another person to transfer or ambulate.

WHEN CAN I MOVE FURNITURE INTO BOULEVARD ALP?

CAN A PERSON WITH INCONTINENCE LIVE AT BOULEVARDALP ?

WHAT SORT OF SUPERVISION IS PROVIDED AT BOULEVARD ALP?