# EXHIBIT B

https://www.brooklynalp.com/faqs

Can Boulevard Alp accept a resident with dementia?

I am confined to a wheel chair; can i still reside at Boulevard Alp?"

When can I move furniture to Boulevard Alp?

Can a person with incontinence live at Boulevard Alp?

If the incontinence is managed then a person may be eligible for residency at Boulevard ALP. A person with chronic unmanaged incontinence is not eligible for residency at Boulevard ALP.

What sort of supervision is provided at Boulevard Alp?

Contact us

Join Our Team
FAQs
Admission Packet

ADDRESS:
636 Louisiana Ave. Brooklyn, NY 11239
718-557-0777

© 2023 by Boulevard Alp Assisted Living

