UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FAIR HOUSING JUSTICE CENTER, INC.

        Plaintiff,

             v.

Brooklyn Boulevard ALP LLC; Queens
Boulevard ALP, LLC, Louisiana Purchase LLC,
Boulevard ALP Associates LLC, Marx
Development Group, LLC, David Marx, and
Frances Marx

        Defendants.

**Case No. 25-1256**

**FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fair Housing Justice Center,

Inc. discloses that it has no parent corporation and no publicly held corporation holds more

than 10% of its stock.

Dated: New York, New York

       March 5, 2025

EISENBERG & BAUM LLP


By: /s/ David John Hommel_____
David John Hommel
24 Union Square East, PH
New York, New York 10003
(212) 353-8700
dhommel@eandblaw.com
*Attorneys for Plaintiff*