

121 State Street
Albany, New York 12207-1693
Tel: 518-436-0751
Fax: 518-436-4751

David T. Luntz
E-mail: DLuntz@hinmanstraub.com

June 19, 2025

**VIA NYSCEF**
Honorable Peggy Kuo
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Fair Housing Justice Center, Inc. v. Brooklyn Boulevard ALP LLC, et al.*
                 Case No. 1:25-CV-1256 (RER) (PK)

Dear Judge Kuo:

This firm represents defendants, Brooklyn Boulevard ALP LLC, Queens Boulevard ALP, LLC, Louisiana Purchase LLC, Boulevard ALP Associates LLC, Marx Development Group, LLC, David Marx and Frances Marx, in the above-referenced matter.  Please accept this as a request to reschedule the Rule 16(b) Initial Conference scheduled for June 26, 2025 to a date on or after July 10, 2025.

I have been in contact with plaintiff's counsel, David Hommel, Esq., who consents to this request. The adjournment is requested because of a scheduling conflict with another matter.  I recently was notified to appear with my client on June 26, 2025 for an in person hearing before the NYS Regents Committee on the Professions.  The hearing is the final step in a lengthy petition process to restore my client's medical license.  My client has been waiting more than six months for the hearing to be scheduled, and rescheduling would delay his petition for many more months.

This is the first request for an adjournment of the Initial Conference.  This request will not impact any other scheduling dates.  The parties have filed a proposed Discovery Plan/Scheduling Order (Dkt No. 19).

Thank you for your consideration with respect to this matter.

Respectfully submitted,

David T. Luntz

DTL:ltd

cc:  All Counsel of Record (via NYSCEF)

4930-0114-7983, v. 1