Case Name: Fair Housing Justice Center, Inc. v. Brooklyn Boulevard ALP LLC, et al. Case Number: 25 CV - 1256 (RER) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | ✓ | | June 10 |
| 2. Rule 26(a)(1) disclosures exchanged | ✓ | | June 16 |
| 3. Requested: | | | |
|    a. Medical records authorization | | ✓ | |
|    b. Section 160.50 releases for arrest records | | ✓ | |
|    c. Identification of John Doe/Jane Doe defendants | | ✓ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | ✓ | | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | ✓ | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | ✓ | | May 6 |
| 2. Defendant to make settlement offer | | | June 20 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | September 30<br>Mediation s/r due 10/2/2025 |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | July 11, 2025 |
| 2. Initial documents requests and interrogatories | | | July 25, 2025 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | January 12, 2026 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | January 16, 2026 |

Rev. 11-03-20

| | | | | |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ☑ | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** | |
| a. Affirmative expert reports due | | | | |
| b. Rebuttal expert reports due | | | | |
| c. Depositions of experts to be completed | | | | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | | |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | January 16, 2026 | |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | February 2, 2026 | |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | February 16, 2026 | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☑ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☑ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                              July 11, 2025
**PEGGY KUO**                                            **Date**
United States Magistrate Judge

Rev. 11-03-20

** Joint status report due December 1, 2025 reporting on the progress of discovery